Christopher F. Wohl, SBN: 170280
cwohl@pkwhlaw.com
Samuel J. Maselli, SBN: 219503
smaselli@pkwhlaw.com
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, California 95825
Telephone:     (916) 442-3552
Facsimile:     (916) 640-1521

Attorneys for Plaintiff
CROCKER ELECTRIC INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROCKER ELECTRIC INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LTF CONSTRUCTON COMPANY, LLC, a Delaware limited liability company, LTF REAL ESTATE COMPANY, INC., a Minnesota corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00874-TLN-AC<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>District Court Judge:  Hon. Troy L. Nunley<br>Courtroom:  2<br>Magistrate Judge:  Hon. Allison Claire<br>Courtroom:  26<br><br>Action Removed:  April 10, 2018<br>Trial Date:  TBD |

Plaintiff Crocker Electric Incorporated (hereinafter, the "Plaintiff") and Defendants LTF Construction Company, LLC and LTF Real Estate Company, Inc. (collectively, the "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties") hereby agree and stipulate as to the dismissal of the above-referenced action without prejudice, as follows:

**RECITALS**

WHEREAS, on March 9, 2018, Plaintiff filed a Complaint in the Superior Court of the State of California, for the County of Sacramento, entitled *Crocker Electric Incorporated v. LTF Construction Company, LLC, et al.*, Case No. 34-2018-00228763, asserting five (5) causes of action against Defendants for (1) Breach of Written Contract; (2) Breach of the Implied Covenant of Good

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER

Faith and Fair Dealing; (3) Unjust Enrichment/Quantum Meruit; (4) Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200, *et seq.*; and (5) Declaratory Relief (Cal. Code Civ. Proc. § 1060) (hereinafter, the "State Court Action");

WHEREAS, on March 19, 2018, Plaintiff personally served Defendants with Summons, Complaint, Notice of Case Management Conference, Order to Appear, and Alternative Dispute Resolution Information Package in connection with the State Court Action.

WHEREAS, on April 10, 2018, Defendants removed the State Court Action to the United States District Court for the Eastern District of California predicated on diversity jurisdiction of the parties pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b);

WHEREAS, on April 17, 2018, Defendants filed a Motion to Compel Arbitration and Dismiss Complaint, Or, In the Alternative, Stay the Action;

WHEREAS, the Parties, by and through their respective counsel of record herein, have agreed to participate in alternative dispute resolution proceedings in order to minimize the costs of litigation and to attempt resolution of this dispute.

## **STIPULATION**

THEREFORE, BE IT RESOLVED, in consideration of the foregoing, the Parties agree and stipulate as follows:

1.      Pursuant to Rule 41(a)(1)(A)(ii) Federal Rule of Civil Procedure, the Parties jointly stipulate to the voluntary dismissal of this action without prejudice.

2.      The Parties shall participate in non-binding mediation to occur within the State of California on or before August 31, 2018 involving a third-party neutral who is mutually acceptable to them, with Plaintiff paying half the cost of the mediation and Defendants paying the other half. Unless otherwise agreed, such mediation shall be governed by the Construction Industry Arbitration Rules and Mediation Procedures of the American Arbitration Association.

3.      Insofar as the Parties are unable to resolve Plaintiff's claims during the mediation discussed above, Plaintiff's claims shall be resolved by arbitration with venue for such arbitration to be in Hennepin or Carver County, Minnesota.  The parties will attempt to agree on the precise location for such arbitration and, if they cannot agree, the Parties agree that the arbitrator(s) may

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER

2.

select the precise location so long as it is in Hennepin or Carver County, Minnesota.   All other terms and conditions for such arbitration shall be in accordance and consistent with the Parties' April 4, 2016 Subcontract, Exhibit B (General Conditions), Paragraph 11.

**IT IS SO STIPULATED AND AGREED.**


Dated:   May 2, 2018                                        PALMER KAZANJIAN WOHL HODSON LLP

                                                                                 */s/ Samuel J. Maselli*
                                                                    By: _____
                                                                           Christopher F. Wohl
                                                                           Samuel J. Maselli
                                                                           Attorneys for Plaintiff
                                                                           Crocker Electric Incorporated


Dated:   May 1, 2018                                        DORSEY & WHITNEY LLP

                                                                                 */s/ Bryan M. McGarry*
                                                                    By: _____
                                                                           Bryan M. McGarry
                                                                           Attorneys for Defendants
                                                                           LTF Construction Company, LLC and
                                                                           LTF Real Estate Company, Inc.


**IT IS SO ORDERED.**


Dated:  _____                          _____
                                                                           United States District Court Judge

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER

3.